✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
         Sheet 1    Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 16, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form |
| v. | Case No.    2-18-CR-00185-TOR-1 |
| JESUS MANUEL TAPIA-LOPEZ | USM No.    21101085 |
| | John S. Roberts, Jr. |
| | *Defendant's Attorney* |

**THE DEFENDANT:**

☐  **THE DEFENDANT** pleaded guilty to count(s)    1 of the Information Superseding Indictment

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Unlawful Entry Into the United States | 09/19/2018 | 1s |
| | | | |

☑  Count(s)    1 of the Indictment          ☑ is  ☐ are dismissed on the motion of the United States.

**IMPRISONMENT**

Defendant is hereby committed to the custody of the U.S.B.P. to be imprisoned for a total term of: 60-days.

**CRIMINAL MONETARY PENALTIES**

   All criminal monetary penalty payments are due immediately, payable to the Clerk of Court.

| | Assessment/Processing Fee | Fine |
|---|---|---|
| **Total:** | $   10.00 | $   0.00 |

Last Four Digits of Defendant's  Soc. Sec. No.: _____

Defendant's Year of Birth:    1979

City and State of Defendant's Residence:
Moses Lake, Washington

07/16/2020
Date of Imposition of Judgment

*Thomas O. Rice*
Signature of Judge

Hon. Thomas O. Rice        Chief Judge, U.S. District Court
Name and Title of Judge

07/16/2020
Date